# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF MARIE TOMEI, DECEASED BY THE EXECUTOR MARK TOMEI, Individually and derivatively on behalf of Nominal Defendant H&H Manufacturing Co., Inc. | Docket No. 2:19-CV-03000-CFK |
| Plaintiff, | **APPLICATION TO MARK COMPLAINT WITHDRAWN** |
| v. | |
| THOMAS R. TOMEI | |
| & | |
| H&H MANUFACTURING CO., INC. | |
| Defendants. | |

**To the Clerk of the United States District Court for the Eastern District of Pennsylvania:**

Kindly mark the complaint in the above matter filed on behalf of Estate of Marie Tomei, deceased, by the Executor Mark Tomei, Individually and derivatively on behalf of Nominal Defendant H&H Manufacturing Co., Inc. indexed at the above term and number **WITHDRAWN,** without prejudice.

                                              Respectfully
                                              **JOSEPH M. FIORAVANTI, ESQUIRE**

By:   */s/ Joseph M. Fioravanti*
         Joseph M. Fioravanti, Esquire
         211 N. Olive Street
         Media, PA 19063
         610-892-7370
         fioravantijim@comcast.net

Date: October 11, 2019